UNITED STATES of America,
Plaintiff–Appellee,

v.

Ramon RIVERA–TORRES, also known as Artemio Cardenas, Defendant–Appellant.

No. 03–40639.

Conference Calendar.

United States Court of Appeals,
Fifth Circuit.

Dec. 10, 2003.

Michelle S. Englade, Assistant US Attorney, US Attorney's Office, Beaumont, TX, for Plaintiff–Appellee.

Ramon Rivera–Torres, pro se, Texarkana, TX, for Defendant–Appellant.

Before DAVIS, EMILIO M. GARZA, and DENNIS, Circuit Judges.

PER CURIAM.*

The Federal Public Defender appointed to represent Ramon Rivera–Torres on direct appeal has filed a motion to withdraw

* Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under

and a brief pursuant to *Anders v. California*, 386 U.S. 738, 744, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967). Rivera–Torres has not filed a response. Our independent review of the brief and the record discloses no nonfrivolous issue in this direct appeal. Accordingly, the motion for leave to withdraw is GRANTED, counsel is excused from further responsibilities herein, and the APPEAL IS DISMISSED. *See* 5TH CIR. R. 42.2.

the limited circumstances set forth in 5TH CIR R. 47.5.4.